# EXHIBIT A



**Blue Cross Medicare Advantage**
P.O. Box 989728
West Sacramento, CA 95798-9728

Enrollment Code:
To Enroll, Scan the QR Code Below:

**SCAN ME**

Or Visit:
https://response.idx.us/notice-info

Tama Herman

August 24, 2023

Re:   **NOTICE OF DATA BREACH**
      **PLEASE READ CAREFULLY**

Dear Tama Herman:

Your Medicare provider, Blue Cross Medicare Advantage™, is providing this letter to you with specific details about a recent release of your protected health information (PHI), as required by the privacy provisions under the law.

**What occurred:** On 06/23/2023 we became aware that your PHI was accessed by an unauthorized party on 06/21/2023 at TMG Health (TMG). TMG provides third party administrative services to Medicare enrollees of HCSC Insurance Services Company (HISC). HISC is contracted with the Centers for Medicare and Medicaid Services (CMS) to offer this product. Due to this incident, your name, address, phone number, email address, date of birth, Social Security Number, claim number, bank account number and medical service information could have been revealed to a wrong person.

**Steps we have taken:** We know what caused the problem. We are working with the vendor to make sure this does not happen again.

**Steps you can take:** To protect you from potential identity theft, we are offering you one year of complimentary Personal Identity and Privacy Protection through a national leader in data breach response services, IDX A ZeroFox Company, the data breach and recovery services expert. IDX identity protection services include: 12 months of credit and CyberScan monitoring, a $1,000,000 insurance reimbursement policy, and fully managed ID theft recovery services. With this protection, IDX will help you resolve issues if your identity is compromised. We encourage you to contact IDX with any questions and to enroll in the free identity protection services by calling 1-888-727-2311, going to

Blue Cross Medicare Advantage HMO and HMO-POS plans in Illinois and New Mexico and PPO plans in Illinois, Montana, New Mexico, and Oklahoma are provided by Health Care Service Corporation, a Mutual Legal Reserve Company (HCSC). Blue Cross Medicare Advantage Dual Care is an HMO Special Needs Plan provided by HCSC. Blue Cross Medicare Advantage PPO plans in Texas are provided by HCSC Insurance Services Company (HISC). Blue Cross Medicare Advantage HMO plans in Texas are provided by GHS Insurance Company (GHS). Blue Cross Medicare Advantage HMO and HMO-POS plans in Oklahoma are provided by GHS Health Maintenance Organization, Inc. d/b/a BlueLincs HMO (BlueLincs) and by GHS Managed Health Care Plans, Inc. (GHS-MHC). HCSC, HISC, GHS, GHS-MHC, and BlueLincs are Independent Licensees of the Blue Cross and Blue Shield Association. HISC, GHS, GHS-MHC, and BlueLincs are Medicare Advantage organizations with a Medicare contract. HCSC is a Medicare Advantage organization with a Medicare contract and a contract with the New Mexico Medicaid program. Enrollment in Blue Cross Medicare Advantage plans depends on contract renewal.

https://response.idx.us/notice-info, or scanning the QR image and using the enrollment code provided above. IDX representatives are available Monday through Friday from 9 a.m. - 9 p.m. ET. Please note the enrollment deadline is November 24, 2023.

Due to privacy laws, we cannot register you directly.

**What you can do to protect your information:** There are additional actions you can consider taking to reduce the chances of identity theft or fraud on your account(s). Please refer to the final page of this letter.

**For More Information:** If you believe that your PHI has been misused or have any questions regarding this letter, please call the toll-free number listed on your member ID card. A representative is available to assist you.

We regret that this incident occurred as Blue Cross Medicare Advantage takes the confidentiality of its members' data very seriously. If you have any questions, please call the number on the back of your insurance card and a customer service representative will assist you.

Sincerely,

Privacy Office
Blue Cross Medicare Advantage